UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Arlo Garrison Bante,**
5000 Dartmouth Drive
Fairbanks, Alaska 99709
arlo.g.bante@gmail.com
(907) 799-6645

*Plaintiff,*

v.

**Lonnie G. Bunch, III, Secretary,
Smithsonian Institute,**
600 Maryland Ave., SW
Washington, D.C. 20002

*Defendant.*

CIVIL ACTION NO.: 1:23-cv-03937 (APM)

DEMAND FOR JURY TRAIL

## Motion

### Plaintiff's Motion for Appointment of Counsel

Your Honor,

    I, Arlo Garrison Bante, the plaintiff in the case, respectfully request the appointment of legal counsel due to my learning disability. As a result of my learning disability, I face significant challenges in comprehending and navigating the complexities of the legal process. Given the intricacies of the case at hand and the potential impact on my rights, I believe that the appointment of legal counsel is necessary to ensure a fair and equitable outcome.

    The nature of my learning disability significantly impedes my ability to effectively represent myself in this matter. I struggle with processing and understanding legal terminology, procedural requirements and the overall complexities of the legal system. I genuinely fear that without the support and expertise of legal counsel, I would be at a severe disadvantage in presenting my case and exercising my rights.

**RECEIVED**

JAN 22 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Furthermore, I have made diligent efforts to seek legal assistance on my own, but I have encountered considerable difficulty in finding representation that is attuned to the specific needs and challenges posed by my learning disability. As a result, I am compelled to seek necessary support and advocacy on my behalf.

Your Honor, I respectfully urge the court to consider the impact of my learning disability on my ability to navigate this legal proceeding effectively and to appoint legal counsel to ensure that I receive a fair and just resolution in this matter. I remain committed to participating fully in my case and I believe that the appointment of legal counsel is essential to safeguarding my rights. Thank you for your consideration of this motion.

Respectfully Submitted,

*[signature]*

Date: 1-22-24

Arlo Garrison Bante, pro se
5000 Dartmouth Drive
Fairbanks, Alaska 99709
arlo.g.bante@gmail.com
(907)799-6645