UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arlo Garrison Bante,<br>5000 Dartmouth Drive<br>Fairbanks, Alaska 99709<br>arlo.g.bante@gmail.com<br>(907) 799-6645<br><br>Plaintiff,<br>v.<br><br>Lonnie G. Bunch, III, Secretary,<br>Smithsonian Institute,<br>600 Maryland Ave., SW<br>Washington, D.C. 20002<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-03937 APM<br><br>DEMAND FOR JURY TRAIL |

## MOTION

### Motion for CM/ECF User Name and Password

Your Honor,

    I, Arlo Garrison Bante, the plaintiff in this case, respectfully request a username and password to access the online Case Management/Electronic Case Filing (CM/ECF) system for the District of Columbia. This access will enable me to e-file my documents to the court and will allow me to receive email notification from the other party in a timely manner. I have a personal computer with the latest updated version of Apple Safari and the necessary tools to convert document into Portable Document Format (PDF) prior to logging into the CM/ECF system.

    To initiate the process, log into the CM/ECF account using the username and password provided by the court. Next, select the "Civil" button from the main menu bar located at the top of the ECF screen. This action will prompt the opening of the civil event window, enabling the selection of the type of event being filed. A new motion screen will appear, allowing for the

RECEIVED
JAN 22 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 3

input of the civil case number. Subsequently, the ECF system will present a list of all involved parties, where the plaintiff (myself) can be selected. Following this, use the browse button to locate the specific PDF document on the computer that needs to be uploaded.

Upon locating the document, verify its authenticity and content by opening the PDF with Adobe Acrobat or Acrobat Reader. It's important to note that PDF files cannot exceed 35MB and, if necessary, must be broken down into smaller file sizes. Once verified, proceed to double click the file, allowing the ECF system to upload it into the motions screen. In the event of additional attachments, the process for uploading remains the same as for a PDF file. Ensure that the attachment includes the relevant category and description. Following this, the CM/ECF will prompt the entry of any additional text required to appear in the docket sheet. Then, clicking the submit button will result in the file being uploaded and docketed as a pleading. Once the upload is complete, the ECF will display the Notice of Electronic Filing (NEF) receipt. The NEF will be electronically transmitted to other parties who have registered their email addresses with the court, allowing for one free copy of the document to be obtained by clicking the embedded hyperlink in the NEF.

Respectfully Submitted,

_____

Date: 1-22-24

Arlo Garrison Bante, pro se
5000 Dartmouth Drive
Fairbanks, Alaska 99709
arlo.g.bante@gmail.com
(907)799-6645