## AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Columbia**

**Arlo Garrison Bante**

       Plaintiff(s),

vs.

**Lonnie G. Bunch, III, Secretary, Smithsonian Institute**

       Defendant(s).

Attorney: NONE

Arlo Garrison Bante
5000 Dartmouth Dr.
Fairbanks AK 99709

*310129*

**Case Number: 1:23-cv-03937**

Legal documents received by Same Day Process Service, Inc. on **01/25/2024** at **12:31 PM** to be served upon **Merrick Garland, United States Attorney General, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **February 01, 2024** at **5:07 AM**, I did the following:

Served **Merrick Garland, United States Attorney General, U.S. Department of Justice** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint** to **by Certified Mailing to** as of **Merrick Garland, United States Attorney General, U.S. Department of Justice** at **950 Pennsylvania Ave., NW , Washington, DC 20530-0001**.

**Supplemental Data Appropriate to this Service:** I was not able to serve the entity "in hand" as the entity is not accepting "in hand" since March 2020 due to the COVID-19 outbreak and I have been instructed the entity only accepts by certified mail at the same address. On 01/12/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052701493641890 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. I checked the USPS website and found the legal documents were delivered on 02-01-2024 at 05:07 am. The domestic return receipt has not yet been returned.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:310129





**RECEIVED**

FEB 2 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Arlo Garrison Bante**

    Plaintiff(s),

VS.

**Lonnie G. Bunch, III, Secretary, Smithsonian Institute**

    Defendant(s).

Attorney: NONE

Arlo Garrison Bante
5000 Dartmouth Dr.
Fairbanks AK 99709

*310128*

**Case Number: 1:23-cv-03937**

Legal documents received by Same Day Process Service, Inc. on **01/25/2024** at **12:30 PM** to be served upon **Matthew M. Graves, U.S. Attorney's Office for the District of Columbia - ATTN: Civil Process Clerk at 601 D St., NW, 7th Fl., Washington, DC 20530**

I, **Henry Louis Grau**, swear and affirm that on **January 26, 2024** at **2:54 PM**, I did the following:

Served **Matthew M. Graves, U.S. Attorney's Office for the District of Columbia - ATTN: Civil Process Clerk** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint** to **Aquila Alexander** as **Paralegal & Authorized Agent** of Matthew M. Graves, U.S. Attorney's Office for the District of Columbia - ATTN: Civil Process Clerk at 601 D St., NW, 7th Fl. , Washington, DC 20530.

**Description of Person Accepting Service:**
Sex: Female Age: 35 Height: Sitting Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Henry Louis Grau**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:310128



# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Arlo Garrison Bante**

    Plaintiff(s),

VS.

**Lonnie G. Bunch, III, Secretary, Smithsonian Institute**

    Defendant(s).

Attorney: NONE

Arlo Garrison Bante
5000 Dartmouth Dr.
Fairbanks AK 99709



*310125*

**Case Number: 1:23-cv-03937**

Legal documents received by Same Day Process Service, Inc. on **01/25/2024** at **12:21 PM** to be served upon **Lonnie G. Bunch, III, Secretary, Smithsonian Institute at 600 Maryland Ave., SW, Washington, DC 20024**

I, **Henry Louis Grau**, swear and affirm that on **January 26, 2024** at **12:32 PM**, I did the following:

Served **Lonnie G. Bunch, III, Secretary, Smithsonian Institute** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint** to **Arce Fernando** as **Paralegal & Authorized Agent** of **Lonnie G. Bunch, III, Secretary, Smithsonian Institute** at **600 Maryland Ave., SW , Washington, DC 20024**.

**Description of Person Accepting Service:**
Sex: Male Age: 48 Height: 5ft9in-6ft0in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Henry Louis Grau**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:310125