UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARLO GARRISON BANTE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-3937 (APM) |
| LONNIE G. BUNCH, III, | ) |
| Defendant. | ) |

**ORDER**

On May 10, 2024, Defendant in this case filed a Partial Motion to Dismiss Plaintiff's Complaint. *See* Def.'s Mot. to Dismiss, ECF No. 11. The Motion asks the court to terminate the some of the claims in the lawsuit Plaintiff filed against Secretary of the Smithsonian Institute, Lonnie Bunch, III. Plaintiff is proceeding pro se in this case.

In cases where a party is proceeding *pro se*, the district court must explain the consequences of failing to respond to a motion that, like the Motion to Dismiss filed here, would end parts of the lawsuit if it is granted. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). If the pro se party does not respond to the motion, the district court may grant the motion. *Id*.

Accordingly, it is hereby ordered that Plaintiff shall respond to Defendant's Motion on or before June 10, 2024. If Plaintiff does not respond or does not ask for more time to respond on or before June 10, 2024, then the court may grant the Partial Motion to Dismiss.

Dated: May 14, 2024

Amit P. Mehta
United States District Court Judge