# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5131**　　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　**1:23-cv-03937-APM**

　　　　　　　　　　　　　　　　　　　　　　　**Filed On: April 18, 2025** [2111803]

Arlo Garrison Bante,

　　　　Appellant

　　v.

Lonnie G. Bunch, III, Secretary,
Smithsonian Institute,

　　　　Appellee

## O R D E R

　　It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

　　The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Erica M. Thorner
　　　　　　　　　　　　　　　　　　　　Deputy Clerk